No. 99–165. HICKS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–167. JOSEPH *v.* NEW YORK CITY BOARD OF EDUCATION. C. A. 2d Cir. Certiorari denied.

No. 99–168. MCCLINTOCK ET AL. *v.* EICHELBERGER ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–169. SCHOLZ *v.* OKLAHOMA. Ct. Civ. App. Okla. Certiorari denied.

No. 99–170. STATEN *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–171. ROBERTSON *v.* ALABAMA DEPARTMENT OF REVENUE. Ct. Civ. App. Ala. Certiorari denied.

No. 99–172. LEVY ET AL. *v.* GENERAL ACCOUNTING OFFICE. C. A. 2d Cir. Certiorari denied.

No. 99–173. ROSENTHAL *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–174. AMERICAN COMMERCE NATIONAL BANK ET AL. *v.* OFFICE OF THE COMPTROLLER OF THE CURRENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–175. MILBANK, CHAPTER 7 BANKRUPTCY TRUSTEE FOR THE ESTATE OF MCINTYRE *v.* GEARY & SPENCER, P. C., FKA GEARY, STAHL & SPENCER, P. C., ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 99–176. DASS *v.* CAPLINGER ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–177. CARPENTER *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION. C. A. D. C. Cir. Certiorari denied.

No. 99–178. VIRGINIA MORTGAGE CO. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.